UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2019 JUN -4 PM 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO.  18CR 10053-GAO |
| V. ) | |
| ) | |
| ) | |
| FRANK CEDENO ) | |

**DEFENDANT'S MOTION TO IMPOUND SENTENCING MEMORANDUM**

Now comes the defendant, Frank Cedeno, and requests this Honorable Court impound his Sentencing Memorandum and attached evaluation.

In support thereof, the defendant states that the memorandum and exhibit include highly personal information that he would prefer not be accessible on the internet through Pacer.

FRANK CEDENO

By his attorney

 /s/ Janice Bassil
Janice Bassil
BBO # 033100
Bassil & Budreau
20 Park Plaza, Suite 1005
Boston, Ma. 02116

Certificate of Service

I Janice Bassil, state that I have served the above motion by hand delivery to the US Attorney this 4th day of June, 2019 and by email.
/s/ Janice Bassil